Michael DAWSON, Employee-Appellant,

v.

ST. LOUIS FOOTBALL CARDINALS, Employer-Respondent,

and

Aetna Casualty and Surety Company, Insurer-Respondent.

No. 47031.

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 6, 1983.

Jack Randall, St. Louis, for employee-appellant.

Daniel Steigerwald, St. Louis, for employer-respondent.

ORDER

PER CURIAM:

Claimant appeals from an award of the Labor and Industrial Relations Commission in a Worker's Compensation case. The award of the commission is affirmed. Rule 84.16(b).